OLIVE COAT COMPANY, INC., Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued June 11, 1940; decided July 24, 1940.

*Emanuel Redfield* for appellant.

*William C. Chanler,* Corporation Counsel (*Sol Charles Levine, Arthur A. Segall* and *Milton Sandberg* of counsel), for respondent.

Judgment affirmed, with costs. (*Matter of Western Electric Co.* v. *Taylor,* 276 N. Y. 309.)   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.